**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | | |
|---|---|---|---|
| In Re James and Jeanette Vincent, | ) | | |
| Debtors. | ) | Case No. | 08-61141 |
| | ) | | |
| By Counsel | ) | Chapter | 13 |

_____

**ORDER**

Upon consideration of the Motion by the debtors, James and Jeanette Vincent, asking that venue in this case be transferred to the Eastern District of Virginia, Richmond Division, it is hereby

ORDERED that Debtors case is transferred to the Eastern District of Virginia, Richmond Division.

FURTHER ORDERED that the Clerk of the Court is directed to transfer this case and send true copies of this Order to all counsel of record.

ENTERED this 22nd day of May, 2008.

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ James Vincent_____          /s/ Jeanette Vincent
James Vincent                         Jeanette Vincent
311 Dusty Road                        311 Dusty Road
Bumpass, VA 23024                     Bumpass, VA 23024


/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq., 43538
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA  23230
(804) 673-4358
(804) 673-4350 (fax)